IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAJHON WILSON,
FDOC Inmate No. R21310,
    Plaintiff,

vs.                                                 Case No.: 3:20cv5260/LAC/EMT

C. BEARDON,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 8, 2020 (ECF No. 6). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's "Motion to Voluntary Dismiss Without Prejudice" (ECF No. 5) is **DENIED**.

3. This case is **DISMISSED** for the reasons set forth in the Report and Recommendation (ECF No. 4).

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of June, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**